**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00013-CR

## IN RE CURTIS ROBINSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**351st District Court**
**Trial Court Cause No. 1274263**

## MEMORANDUM OPINION

On January 7, 2013, relator filed a petition for writ of habeas corpus. *See* Tex. Gov't Code Ann. § 22.221(d); *see also* TEX. R. APP. P. 52.

We are unable to consider relator's petition for writ of habeas corpus because our authority to entertain petitions for writ of habeas corpus extends solely

to the actions of judges in civil cases. *See* Tex. Gov't Code Ann. § 22.221(d). Therefore, we dismiss relator's petition for lack of jurisdiction.


PER CURIAM


Panel Consist of Justices Christopher, Jamison and McCally.
Do Not Publish ─ TEX. R. APP. P. 47.2(b)

2